IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 05-317 |
| | ) |
| MICHAEL ALEX WEIN | ) |

O R D E R

AND NOW, to wit, this 2nd day of September, 2006, the within motion is granted, and it is hereby ORDERED that Indictment No. 05-317 Criminal against Michael Alex Wein be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services